686

158 A.3d 618

Kevin WILLIAMS, Appellant

v.

Joseph C. MADENSPACHER, et. al., Donald R. Totaro, Lawrence F. Stengel, Christopher Hackman, Vicki G. Bomgardner, Mark F. Walmer, Thomas A. Kiss, Appellees

No. 90 MAP 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Brief for the Appellant, treated as a Notice of Appeal, is **QUASHED**.